Michael F. Thomson (#9707)
Peggy Hunt (#6060)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
    hunt.peggy@dorsey.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br><br>MASON LOFTHOUSE<br>CHELSEA LOFTHOUSE,<br><br>Debtors. | Bankr. Case No. 14-22047<br><br>Chapter 7<br><br>The Honorable William T. Thurman |
|---|---|

## NOTICE OF TRUSTEE'S CHAPTER 7 TRUSTEE'S REQUEST FOR ORDER COMPELLING COMPLIANCE WITH DIRECTIVES and NOTICE OF OPPORTUNITY FOR HEARING

### (Objection Deadline: December 18, 2014 at 4:30 p.m. Mountain Time)

**PLEASE TAKE NOTICE** that the Trustee filed with the United States Bankruptcy Court for the District of Utah his **CHAPTER 7 TRUSTEE'S REQUEST FOR ORDER COMPELLING COMPLIANCE WITH DIRECTIVES** (the "Motion"). The basis for said Motion is explained in the Motion which is being filed and served contemporaneously herewith.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the Motion and this notice carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

(1) On or before **December 18, 2014 at 4:30 p.m. (Mountain Time)** (the "Objection Deadline"), file a written objection specifically delineating the nature of your objection at:

> Clerk of the United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the Objection Deadline specified above. You must also serve a copy on the Movant's counsel at the address specified above.

(2) Attend a hearing on **January 15, 2015 at 9:30 a.m. (Mountain Time)**, before the Honorable William T. Thurman, Chief United States Bankruptcy Judge, in Courtroom No. 2B, 5th District Court State of Utah, 206 West Tabernacle, St. George, Utah. **There will be no further notice of the hearing, and failure to attend the hearing will be deemed a waiver of your objection.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order granting the Motion without a hearing.

DATED this 1st day of December, 2014.

Michael F. Thomson
Peggy Hunt
DORSEY & WHITNEY LLP
Attorneys for Chapter 7 Trustee

4835-7466-7808\1

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the __1__ day of December, 2014, I electronically filed the foregoing **NOTICE OF CHAPTER 7 TRUSTEE'S REQUEST FOR ORDER COMPELLING COMPLIANCE WITH DIRECTIVES and NOTICE OF OPPORTUNITY FOR HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF uses and will be served through the CM/ECF system.

- Bryan Adamson badamson@dixielegal.com, rcampbell@dixielegal.com
- Mary Margaret Hunt hunt.peggy@dorsey.com, long.candy@dorsey.com;stauffer.erin@dorsey.com;slc.lit@dorsey.com
- Michael F. Thomson tr thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I further certify that on __1__ day of December, 2014, I caused to be served a true and correct copy of the foregoing **NOTICE OF CHAPTER 7 TRUSTEE'S REQUEST FOR ORDER COMPELLING COMPLIANCE WITH DIRECTIVES and NOTICE OF OPPORTUNITY FOR HEARING** as follows:

**Mail Service – By regular first class United States Mail, postage fully pre-paid, addressed to:**

Mason & Chelsea Lofthouse
2050 South 1400 East
St. George, UT 84770